IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TANYCIA BAKER,<br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF TEXAS<br>SOUTHWESTERN MEDICAL<br> CENTER,<br>    Defendant. | §<br>§<br>§  Civil Action No. 3:19-CV-3020-K<br>§<br>§<br>§<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

All of the plaintiff's discrimination and retaliation claims, except for her retaliation claims based on wrongful termination, are **DISMISSED without prejudice** for failure to exhaust administrative remedies, and her FMLA claims are **DISMISSED with prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

Signed September 9th, 2022.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE