IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TANYCIA BAKER, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 3:19-CV-3020-K-BH |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| SOUTHWESTERN MEDICAL | § | |
| CENTER, | § | |
|     Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Defendant's Motion to Dismiss*, filed September 29, 2022 (doc. 20), is **GRANTED**, and the plaintiff's request to "reopen all claims," filed October 4, 2022 (doc. 24), is **DENIED**. By separate judgment, the plaintiff's ADA retaliation claim will be **DISMISSED without prejudice** and her Title VII retaliation claim will be **DISMISSED with prejudice**.

    SO ORDERED.

    Signed June 27th, 2023.

                                                            *Ed Kinkeade*
                                                            ED KINKEADE
                                                           UNITED STATES DISTRICT JUDGE